HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
James C. Ryan
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
CASILDA MARIA SCOTT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>CASILDA M. SCOTT,             )<br>                              )<br>            Defendant.        )<br>_____ ) | 2:16-PO-00087-CKD<br><br>STIPULATION AND [PROPOSED] ORDER<br>TO VACATE BENCH TRIAL AND SET FOR<br>CHANGE OF PLEA HEARING<br><br>DATE: August 29, 2016<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed by defendant, Casilda M. Scott, by and through her attorney, Chief Assistant Federal Defender Linda C. Allison, and the United States, by and through its attorney, Special Assistant United States Attorney Talha Khan, that the bench trial currently set for August 29, 2016 at 9:30 a.m. be vacated and that the matter be set for a change of plea hearing on September 15, 2016 at 9:30 a.m.

1

```
                                        Respectfully submitted,

Dated:   August 18, 2016                HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Linda C. Allison
                                        LINDA C. ALLISON
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        Casilda M. Scott


Dated:   August 18, 2016                PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ Talha Khan
                                        Talha Khan
                                        Special Assistant U.S. Attorney
                                        (Approved via Phone on 08/17/16)
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial presently set for August 29, 2016 at 9:30 a.m. be vacated, and that a change of plea be set for September 15, 2016 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  August 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE